## VERDICT OF THE JURY

We, members of the jury, have answered the above and foregoing questions as indicated, and

herewith return the same into court as our verdict.



_____
Presiding Juror

**Dated**: April _____, 2009.

```
U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
        FILED

      APR 16 2009

CLERK, U.S. DISTRICT COURT
By _____
         Deputy
```